# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| SUNNY DAYS ENTERTAINMENT, LLC *Plaintiff*, vs. KIDZ TOYZ, INC. *Defendant*. | Civil Action No.: 6:15-cv-02580-MGL Judge Hon. Mary Geiger Lewis Magistrate Judge _____ |

## NOTICE OF DISMISSAL

Plaintiff Sunny Days Entertainment, LLC hereby dismisses all claims brought in the Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s/ Travis V. Olmert
Travis V. Olmert (#9700)
Nathan J. Bailey (BPR # 026183)
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

*Attorneys for Plaintiff Sunny Days Entertainment, LLC*

4838-2739-2296.1-2739-2296.1

1